IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FIELDTURF USA, INC., a Florida corporation, and FIELDTURF TARKETT INC., a Canadian company,<br><br>                Plaintiffs,<br><br>    v.<br><br>AIRSIDE TURF, INC., a Michigan corporation, and JOSEPH DOBSON, an individual,<br><br>                Defendants. | CIVIL ACTION NO.: 07-11306 |

**INDEX OF EXHIBITS**

Exhibit A – Proposed Document Requests
Exhibit B – Proposed Notice of Deposition
Exhibit C – Proposed Third Party Notice of Deposition